United States District Court

Eastern District of California

Byron Eugene Johnson,

        Petitioner,                      No. Civ. S 04-0253 LKK PAN P

   vs.                                Order

D.L. Runnels, et al.,

        Respondents.

-oOo-

    Petitioner is a state prisoner without counsel seeking habeas relief. July 13, 2004, the court abated proceedings and directed petitioner to file an amended petition after the California Supreme Court ruled on his exhaustion petition. Petitioner did so October 3, 2005. The clerk of court shall serve the October 3, 2005, amended petition on respondent, who shall respond within 30 days. So ordered.

    Dated: November 29, 2005.

                                      /s/ Peter A. Nowinski
                                  PETER A. NOWINSKI
                                  Magistrate Judge