United States District Court

Eastern District of California

Byron Eugene Johnson,

        Petitioner,　　　　　　　　　No. Civ. S 04-0253 LKK PAN P

   vs.　　　　　　　　　　　　　　Order

D. L. Runnels, et al.,

        Respondents.

-oOo-

    December 22, 2005, respondent requested an extension of time to respond to the amended petition. Good cause appearing, respondent's request is granted and time is extended until 60 days from the date this order is signed.

    So ordered.

    Dated: January 5, 2006.

                               /s/ Peter A. Nowinski
                               PETER A. NOWINSKI
                               Magistrate Judge