IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BYRON EUGENE JOHNSON,

    Petitioner,               No. CIV S-04-0253 LKK PAN P

    vs.

D.L. RUNNELS, et al.,

    Respondents.        ORDER

_____/

    Petitioner has requested an extension of time to file and serve a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's May 1, 2006 motion for an extension of time is granted; and

    2. Petitioner is granted sixty days from the date of this order in which to file and serve a traverse.

DATED: May 23, 2006.

UNITED STATES MAGISTRATE JUDGE

12/mp
john0253.111