IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BYRON EUGENE JOHNSON,

      Petitioner,                             No. 2:04-cv-0253 LKK KJN P

    vs.

D.L. RUNNELS,

      Respondent.                           ORDER

_____/

        Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

        Petitioner has requested a sixty day extension of time to file a reply to respondent's supplemental response to the amended petition. Petitioner alleges that he requires additional time due to inadequate law library access. Good cause appearing, this request is granted, but no further requests for extension of time will be granted.

////

////

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request for appointment of counsel (Dkt. No. 59) is denied;

2. Petitioner's motion for an extension of time (Dkt. No. 58) is granted; petitioner's reply to respondent's supplemental response to the amended petition is due within sixty days of the date of this order; no further requests for extension of time will be granted.

DATED: September 21, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

john0253.110