IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BYRON EUGENE JOHNSON,

    Petitioner,                    No. 2: 04-cv-0253 LKK KJN P

    vs.

D.L. RUNNELS, et al.,

    Respondents.              <u>ORDER</u>

_____/

        On March 28, 2011, this court denied petitioner's application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

        A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different

/////

/////

1

1 | court, or is "'adequate to deserve encouragement to proceed further.'" <u>Jennings v. Woodford</u>,
2 | 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]
3 |       For the reasons set forth in the magistrate judge's December 14, 2010 findings
4 | and recommendations, petitioner has not made a substantial showing of the denial of a
5 | constitutional right. Accordingly, a certificate of appealability should not issue in this action.
6 |       IT IS SO ORDERED.
7 | DATED: March 30, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. <u>Jennings</u>, at 1010.